# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                  ltrust@osbornlawpc.com

April 7, 2026

Application **GRANTED.** Plaintiff's deadline to file his motion for judgment on the pleadings is extended to **July 15, 2026**. Defendant shall file it's response by **October 13, 2026**; and Plaintiff shall file his reply, if any, by **October 27, 2026.**

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge

The Clerk of Court is respectfully requested to terminate ECF 10.

Southern District of New York
500 Pearl Street
New York, New York 10007

Dated: April 8, 2026
New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:   *Francavilla v. Commissioner of Social Security,*
      Civil Action 1:26-cv-00289-RFT

Dear Judge Tarnofsky,

We write on behalf of plaintiff, Carlo Francavilla, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on April 15, 2026 per the Court's Standing Scheduling Order.  This is the parties' first request for an extension.

The reason for this request is that the undersigned is currently managing several overlapping briefing deadlines over the coming weeks, largely because of a backlog created by the October 2025 government shutdown. Additional time is therefore necessary to ensure that Plaintiff's motion is prepared thoroughly and submitted in accordance with the Court's scheduling requirements.

Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before **July 15, 2026**;

2. Defendant to file its response/cross-motion on or before **October 13, 2026**; and

3. Plaintiff to file his reply (if any) on or before **October 27, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036               Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Robyn F. Tarnofsky
April 7, 2026
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
ltrust@osbornlawpc.com

cc: Padma Ghatage, Esq. (by ECF)