UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLO FRANCAVILLA,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

26-CV-00289 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's reply in support of his motion for judgment on the pleadings (ECF 12) was due by October 20, 2026. The deadline to submit a reply brief has now expired.

Accordingly, I am nunc pro tunc extending the deadline for Petitioner to file his reply until **November 3, 2026**. If the filing is not made by **November 3, 2026** and no extension of time is requested, I will consider the matter fully briefed.

DATED: October 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**